UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

CHRISTOPHER GARCIA,

Plaintiff,

**MEMORANDUM & ORDER**
26-CV-3282 (EK)(SDE)

-against-

HENRY ALVARADO et al.,

Defendants.

------------------------------------x

ERIC KOMITEE, United States District Judge:

Plaintiff Christopher Garcia brings this action pursuant to 42 U.S.C. §§ 1983 and 1985. *See* Compl., ECF No. 1. He also moves to proceed *in forma pauperis*. *See* ECF No. 2. For the reasons that follow, that motion is denied.

A plaintiff seeking to proceed *in forma pauperis* must submit an affidavit stating that he is "unable to pay" filing fees or to "give security therefor." 28 U.S.C. § 1915(a)(1). The affidavit must include "a statement of all assets" the person possesses. *Id.* A plaintiff "need not be absolutely destitute to qualify for *in forma pauperis* status" but must be able to demonstrate that he "cannot because of [his] poverty pay or give security for the costs and still be able to provide [himself] . . . with the necessities of life." *Rosa v. Doe*, 86

F.4th 1001 (2d Cir. 2023).[1] If the court determines that the plaintiff's "allegation of poverty is untrue," it "shall dismiss the case." 28 U.S.C. § 1915(e)(2)(A); *see also Kane v. Garland*, No. 25-CV-6680, 2026 WL 396878, at *1 (E.D.N.Y. Feb. 12, 2026) (Cho, M.J.) ("[C]ourts in this District often treat that dismissal provision as applicable when a litigant's statement of assets fails to establish the level of poverty required under the *IFP* statute.") (collecting cases).

Here, Garcia indicates that he is self-employed as a ride-share driver and earns gross pay or wages of $5,200, though he does not specify the pay period. *See IFP* Mot. 1, ECF No. 2. He also states that he has $4,700 in a checking or savings account and no dependents. *Id.* at 2. Although plaintiff has monthly expenses and meaningful debts,[2] his declaration does not establish that he lacks the resources to pay the $405 filing fee to commence this action.

Accordingly, plaintiff's motion to proceed *in forma pauperis* is denied. Should plaintiff wish to proceed with his action, he must pay the filing fee of $405 to the Clerk of Court. If he fails to do so within fourteen days, this action will be dismissed.

---

[1] Unless otherwise noted, when quoting judicial decisions this order accepts all alterations and omits all citations, footnotes, and internal quotation marks.

[2] Garcia does not specify his monthly debt payments, only the total amounts. *See IFP* Mot. 2.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore denies *in forma pauperis* status for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Clerk of Court is respectfully directed to mail a copy of this order to plaintiff and to note the mailing on the docket.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated: September 30, 2026
Brooklyn, New York